Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; UMG RECORDINGS,
INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1668 MEJ

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6     Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French
7 company.

8     Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
9 publicly held French company.

10     Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
11 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

13 Dated: March 27, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
INTERSCOPE RECORDS; UMG
RECORDINGS, INC.; and BMG MUSIC