1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
  | HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
  | San Francisco, CA  94105-2994
3 | Telephone:   (415) 268-2000
  | Facsimile:    (415) 268-1999
4 | Email:         matt.jaksa@hro.com
5 |
  | Attorneys for Plaintiffs,
6 | INTERSCOPE RECORDS; UMG RECORDINGS,
  | INC.; and BMG MUSIC
7 |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | CASE NO. 08-1668 MEJ |
|---|---|
| Plaintiffs, | **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

[Proposed] Order Granting *Ex Parte* Application for Leave to Take Immediate Discovery
Case No.
#36397 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State University,
4  Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant, including the name, current (and permanent) address and
6  telephone number, e-mail address, and Media Access Control addresses for Defendant.  The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

Dated:  April 14, 2008          By: _____/s/_____
                                     Maria-Elena James
                                     United States Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application for Leave to Take Immediate Discovery
Case No.
#36397 v1