Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and BMG MUSIC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>            Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>            Defendant. | CASE NO. 3:08-CV-01668-MEJ<br><br>Honorable Maria-Elena James<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 146708781 with IP address 207.62.147.131
4  2007-11-01 22:56:40 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

7  Dated:  June 16, 2008                                        HOLME ROBERTS & OWEN LLP

9                                                               By:  _____*/s/ Dawniell Alise Zavala*___
10                                                                     DAWNIELL ALISE ZAVALA
                                                                       Attorney for Plaintiffs
11                                                                     INTERSCOPE RECORDS; UMG
                                                                       RECORDINGS, INC.; and BMG
12                                                                     MUSIC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Case No. 3:08-cv-01668-MEJ
#38264 v1