AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |  |
|---|---|---|
| DOCKET NO. 08-1668 MEJ | DATE FILED 3-27-08 |  |
| PLAINTIFF<br>INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and BMG MUSIC | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>6-18-08 |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>6-20-08 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.147.131 2007-11-01 22:56:40 EDT         **CASE ID#** 146708781

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 318

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rise Against | Give It All | Siren Song Of The Counter Culture | 355-243 |
| UMG Recordings, Inc. | Everlast | Blinded by the Sun | White Trash Beautiful | 355-438 |
| BMG Music | Eve 6 | Promise | Horrorscope | 285-024 |
| Interscope Records | Eminem | White America | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Ra | Swimming Upstream | Duality | 372-598 |

1  Dawniell Alise Zavala (CA State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; UMG RECORDINGS,
7  INC.; and BMG MUSIC

8
9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. 3:08-CV-01668-MEJ<br><br>Honorable Maria-Elena James<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Case No. 3:08-cv-01668-MEJ
#38264 v1

1  Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 146708781 with IP address 207.62.147.131
4  2007-11-01 22:56:40 EDT, each party to bear its/her own fees and costs. The Clerk of Court is
5  respectfully requested to close this case.

6
7  Dated: June 16, 2008                    HOLME ROBERTS & OWEN LLP
8
9                                          By:      /s/ Dawniell Alise Zavala
                                                 DAWNIELL ALISE ZAVALA
10                                               Attorney for Plaintiffs
11                                               INTERSCOPE RECORDS; UMG
                                                 RECORDINGS, INC.; and BMG
12                                               MUSIC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Case No. 3:08-cv-01668-MEJ
#38264 v1